IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES F. LOGUE,** | : | Civil No. 1:23-CV-00535 |
| **Plaintiff,** | : | |
| v. | : | |
| **THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, by and through its established court, the YORK COUNTY COURT OF COMMON PLEAS, and SETH FORRY, in his official capacity.** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 21st day of March, 2024, upon consideration of Defendants' motions to dismiss the amended complaint (Docs. 33), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion to dismiss is **GRANTED** as follows:

1. The amended complaint is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court shall administratively close this case; and

3. Plaintiff is granted thirty days from the date of this order to file a second amended complaint, should he choose to do so.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge